HARRIS BEACH & WILCOX, Appellant, v CHASE MANHATTAN CORPORATION et al., Respondents. [606 NYS2d 1018] —Order unanimously affirmed with costs for reasons stated in decision at Monroe County Court, Marks, J. (Appeal from Order of

Monroe County Court, Marks, J.—Summary Judgment.) Present—Pine, J. P., Balio, Doerr, Boomer and Boehm, JJ.